# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BJ'S WHOLESALE CLUB HOLDINGS, INC.,<br><br>Defendant. | Case No. 24-cv-4131 (LMP/DTS)<br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice (ECF No. 8). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated: January 10, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge